IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Regina Applegate, | : |
| Plaintiff(s), | : |
| vs. | : Case Number: 1:14cv498 |
| | : Judge Susan J. Dlott |
| Commissioner of Social Security, | : |
| Defendant(s). | : |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on January 26, 2015 (Doc. 14), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired February 12, 2015, hereby ADOPTS said Report and Recommendation.

Accordingly, plaintiff's complaint is **DISMISSED** with prejudice for lack of prosecution.

The Court certifies pursuant to 28 U.S.C. §1915(a) that an appeal of this Order will not be taken in good faith, therefore, **DENYING** plaintiff leave to appeal *in forma pauperis*. Plaintiff, a non-prisoner, remains free to apply to proceed *in forma pauperis* in the Court of Appeals. *See Calliham v. Schneider,* 178 F.3d 800, 803 (6th Cir. 1990), overruling in part *Floyd v. United States Postal Serv.,* 105 F.3d 274, 277 (6th Cir. 1997).

IT IS SO ORDERED.

                                                ___s/Susan J. Dlott_____
                                                Judge Susan J. Dlott
                                                United States District Court